[Nos. 14231-7-II; 14314-3-II.   Division Two.   July 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
A. DAHN, *Appellant*.

*In the Matter of the Personal Restraint of*
DAVID A. DAHN, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark
County, No. 88-1-00435-5, James D. Ladley, J., entered
August 10, 1990, together with a petition for relief from
personal restraint. Appeal and petition *dismissed* by
unpublished per curiam opinion.

[No. 13820-4-II.   Division Two.   July 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
CURLEY, *Appellant*.

Appeal from a judgment of the Superior Court for
Pierce County, No. 89-1-04018-4, Donald H. Thompson, J.,
entered June 19, 1990. *Affirmed* by unpublished opinion
per Alexander, J., concurred in by Petrich, C.J., and Mor-
gan, J.

[No. 26308-1-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. IRAN
CHARLES TRENT BELT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-07041-0, Norman W. Quinn, J., entered
June 5, 1990. *Dismissed* by unpublished per curiam opinion.